

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| TONY RAY PLUMLEE, | § | No. 08-13-00033-CR |
| Appellant, | § | Appeal from the |
| v. | § | 355th Judicial District Court |
| THE STATE OF TEXAS, | § | of Hood County, Texas |
| Appellee. | § | (TC#CR 12202) |

## **O R D E R**

The Court has received and filed notice that Appellant died on March 5, 2013.  Because the appeal was perfected before Appellant's death, and we have not yet issued a mandate, it is ORDERED that the appeal is permanently abated.  *See* TEX.R.APP.P. 7.1(a)(2).

IT IS SO ORDERED this 11th day of December, 2013.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.